KOSS, Respondent, v. BOHEMIAN BENEVOLENT & LITERARY ASS'N, Appellant. (Supreme Court, Appellate Division, First Department. April 4, 1913.) Action by Stanley Koss against the Bohemian Benevolent & Literary Association. E. J. Treacy, of New York

City, for appellant. G. W. Smyth, of New York City, for respondent.

PER CURIAM. Judgment affirmed, with costs. Order filed.

McLAUGHLIN, J., dissents.